No. 266. MERRITT-CHAPMAN & SCOTT CORP. v. FRAZIER. C. A. 9th Cir. Certiorari denied. *Richard G. Kleindienst* for petitioner. *Samuel Langerman* for respondent.

No. 269. LIPP, TRADING AS MIDWEST POSTER EXCHANGE, ET AL. v. NATIONAL SCREEN SERVICE CORP. ET AL. C. A. 3d Cir. Certiorari denied. *Francis T. Anderson* for petitioners. *Louis Nizer, Louis J. Goffman, W. Bradley Ward* and *Edward W. Mullinix* for respondents.

No. 270. HULSON ET AL. v. ATCHISON, TOPEKA & SANTA FE RAILWAY Co. C. A. 7th Cir. Certiorari denied. *Robert A. Sprecher* for petitioners. *Floyd J. Stuppi* and *William J. O'Brien* for respondent.

No. 276. GRAY v. JOHANSSON ET AL.; and
No. 277. G. & H. TOWING Co. v. JOHANSSON ET AL. C. A. 5th Cir. Certiorari denied. *Robert Eikel* for petitioners. *Preston Shirley* for Johansson et al., and *Clarence S. Eastham* for Maritime Overseas Corp., respondents. Reported below: 287 F. 2d 852.

No. 280. HARRISON, TRUSTEE, v. PHILLIPS. C. A. 5th Cir. Certiorari denied. *Fentress Bracewell* for petitioner.

No. 285. SHOYER ET UX. v. UNITED STATES. C. A. 3d Cir. Certiorari denied. *Kenneth W. Gemmill* and *Gordon W. Gerber* for petitioners. *Solicitor General Cox, Assistant Attorney General Oberdorfer, Meyer Rothwacks* and *Morton K. Rothschild* for the United States.